UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES QUICK,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC; RHS ROBERTSON PROPERTY LP,

Defendant.

Case No. 1:26-cv-06504-EGC

**ORDER GRANTING STIPULATION AND REQUEST TO SET ASIDE DEFAULT AND EXTEND DEFENDANT RHS ROBERTSON PROPERTY LP'S DEADLINE TO RESPOND TO THE COMPLAINT**

(Doc. 19)

For good cause shown, it is hereby ORDERED that the default against Defendant RHS Robertson Property LP ("Defendant"), (Doc. 14), be set aside. Defendant SHALL respond to Plaintiff's complaint by no later than November 24, 2026.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE